AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00009 |
| KYLER JOSEPH BARD | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/12/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       KYLER JOSEPH BARD ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

G. Michael Harvey  Digitally signed by G. Michael Harvey
Date: 2023.01.12 14:06:05 -05'00'

Date: _____

*Issuing officer's signature*

City and state:      Washington, D.C.            G. MICHAEL HARVEY, U.S. Magistrate Judge
                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/12/2023 , and the person was arrested on *(date)* 1/17/2023
at *(city and state)* Joplin, MO .

Date: 1/17/2023

*Arresting officer's signature*

Chris Hilliard / Special Agent
*Printed name and title*