**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:23-cr-00084 |
| | ) | |
| KYLER J. BARD, | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION TO VACATE TRIAL DATE AND FOR CHANGE OF PLEA**

COMES NOW Defendant, Kyler J. Bard, by and through Counsel Joseph S. Passanise of WAMPLER & PASSANISE and requests the trial date be stricken and a plea hearing date be set in accordance with Judges schedule.  In support of this Motion, the Defendant states as follows:

**SUGGESTIONS IN SUPPORT**

1. This case has a Pretrial Conference scheduled for May 13, 2024, at 1:30 p.m. (virtual), and a Bench Trial Setting scheduled for May 23, 2024, at 9:30 a.m.

2. Defendant, Kyler Bard intends to enter into a plea of guilty to all charges.  There is **No** plea agreement and Defense Counsel has notified the U.S. Attorney of his intent to **not** take this case to trial but to enter a plea to the charges.

3. Due to Defendant's change of plea, Defense Counsel is requesting an extension of time for the deadline on the stipulation of facts Motion with the Government as the Courts order was to be filed by April 29, 2024.

4. Defense Counsel is seeking to have a conference call with the Court and the U.S. Attorney regarding this change of plea according to the Judge's schedule.

5. Defense Counsel is requesting to vacate the trial date and to set case for change of plea.  The Government is opposed to moving the court date of in person setting on May 23, 2024.

6. Defendant agrees to exclude any time under the speedy trial act until plea hearing date.

7. Under the provisions of 18 U.S.C. § 3161(h)(7)(A), the period of time until the next criminal trial docket should be excluded in computing the period of time in which the Defendant should be brought to trial under the provisions of the Speedy Trial Act.

WHEREFORE, Defense Counsel prays for a conference call with the Court prior to the May 13, 2024, virtual meeting to schedule the change of plea and reset the case for Defendant to enter felony plea in Washington, D.C.  Further, a motion for an extension of the stipulation of facts motion to be filed.

                              Respectfully Submitted


                              _____/s/Joseph S. Passanise_____
                              JOSEPH S. PASSANISE, MO Bar #46119
                              Attorneys for Defendant


WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

**Certificate of Service**

I hereby certify that on the 30th day of April 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the U.S. Attorney, Washington, DC.

_____/s/Joseph S. Passanise_____
Joseph S. Passanise
Attorneys at Law