# Defendant's Sentencing Brochure

# Kyler Bard

# 1:23-cr-00084



**WAMPLER & PASSANISE**

*Unmatched Experience. Proven Results.*

# Table of Contents

Resume..................................................................................................................................4
Community Service..............................................................................................................8
Good Character Letters.....................................................................................................10
Photographs......................................................................................................................22

# Resume

# KYLER J. BARD

417-592-5900                2341 E Zora, Joplin, Missouri 64801                kylerbard@icloud.com

♦ ♦ ♦

## PROFILE

- Experienced, sales driven, customer focused, and proven close rate
- Dependable and organized, with strong communication skills
- Creative thinker with ability to generate new leads

## ACCOUNT EXECUTIVE

As of June 2024, I am currently an Outside Sales representative at Bard and Bard, LLC in Joplin, Missouri.

## CAREER ACCOMPLISHMENTS

- As Sales Specialist at Lowe's, over $1.5 million in sales from 03/2017-08/2018
- Outperformed sales goal by +10% two years in a row with a 55% close rate
- Increased lead generation two years in a row by 10%
- For two years, successfully managed multi-million-dollar PSE program
- Helped increase PSE sales by 20% over two years
- Created new ways to engage associates in lead generation

## PROFESSIONAL EXPERIENCE

Bard and Bard, LLC, Joplin, Missouri                                January 2023– Present
*Outside Sales*

- Manage and maintain relationships with clients
- Quote, submit and process orders
- Establish sales goals and implement new ways to generate business
- Present product demonstrations
- Cold and warm call within sales territory

Sparklight, Joplin, Missouri                                June 2022– January 2023
*Field Technician*

- Installed new FTTH and coax internet to residential and commercial clients
- Walked customers through new services such as IPTV
- Ensured quality at every install

- Investigate issues causing customer service interruption
- Provide unparalleled customer service

BROCK & BARD CONSTRUCTION, Joplin, Missouri                April 2021– May 2022
*Owner and Project Manager, Sales Generation*

- Solicited, Signed and Operated projects in excess of $750,000
- Established schedules, collected payments, supervised projects
- Managed installations, communicated with installers and vendors
- Engaged with employees to increase work productivity
- Resolved customer issues

MAYBERRY CONSTRUCTION, Joplin, Missouri                October 2019—April 2021
*Project Foreman*

- Worked on-site with clients and subcontractors to complete jobs
- Dealt primarily with Insurance-related claims and repairs
- Managed a crew, delegated tasks, worked efficiently

CINTAS, Webb City, Missouri                December 2018— October 2019
*Field Sales Rep, FS*

- Outside sales generation, door-to-door
- Created value in products and showing need
- Specializing in sales presentations and product knowledge
- Building relationships quick and effectively to generate a new partnership

LOWE'S, St. Louis, Missouri                May 2014– August 2018
*In-Home Sales – Exterior Projects*

- In-Home sales presentation on a wide range of products
- Managed installations, communicated with installers and vendors
- Pushed credit and financing on clients
- Engaged with employees to increase lead generation
- Resolved customer issues (payment and contract discrepancies)

## EDUCATION

CROWDER COLLEGE, Neosho, Missouri                2014 – 2017
    Major: Graduated with Associates of Arts, General Studies
    3.5 GPA
    Collegiate Speech and Debate Experience

President of PBL/SIFE

## PROFESSIONAL REFERENCES

Ron Walker, Previous Residential Client (Brock & Bard Construction); 2224 S Quail Run, Joplin, MO 64804; 417-438-2023
E
Steven Cochran, VP of Sales – Bard and Bard, LLC (Chemjet, Inc.); Houston, TX; 417-540-0694

Ben Eitemiller, General Manager – Mayberry Construction; 2024 E 32nd St, Joplin, MO 64804; 417-456-9703

Andrew Brubaker, In-Home Sales; 212 S Kirkwood Rd, Kirkwood, MO 63122; 314-996-9097

Chris Wilken, Lowe's Project Specialist Exterior; 2600 Rangeline Road, Joplin, Missouri, 64804; 417-291-6783

# Community Service Information

## Community Service

### Mexico Trip

In March 2022, just three weeks after our wedding, Marissa and I participated in a church-sponsored mission trip to Rio Bravo, Mexico. Over five days, we built two homes from the ground up for two families. Each morning, we worked on the construction sites, and in the evenings, we hosted a Vacation Bible School (VBS) and dinner for the local children. We taught them about Jesus through stories and games. This experience was incredibly rewarding.

### Helping Family Friends

In 2022, a family my wife was caregiving for needed help as the mother was going into labor with their fifth child and had no family support system. Their third child, diagnosed with "Cri du chat" at birth, required constant care. My wife and I took in their four children, including Ezra, and cared for them during the hospital stay. We provided meals, bathed them, and took them to school and church. Since then, we have remained close and supported each other's families many times.

### Church Youth Sponsor

Since 2021, I have been volunteering as a youth sponsor at Racine Christian Church on Wednesday nights. I co-lead a group of 6th-grade boys, and I have had the unique opportunity to follow this same group as they grow. They are now in 9th grade, and I have witnessed their growth and maturity. Each summer, I join these young men on trips with an organization called Christ in Youth, where we travel to different college campuses to praise, worship, help in the community, and continue to grow.

### Journey to Bethlehem

Every December, our church hosts a community outreach event called Journey to Bethlehem, which draws thousands of people and leads many to Christ. The event includes a guided trail reenacting Mary and Joseph's journey to Bethlehem. In 2021, I volunteered for the first time, playing the role of a wise man. In 2023, my wife and I played Mary and Joseph, with our daughter as baby Jesus. After the event, we handed out over ten thousand cookies and desserts while ministering to those in attendance.

# Good Character Letters

To whom it may concern:

---

I am writing to share my experience and appreciation for Kyler Bard, whom I have had the pleasure of knowing for the past several years. My family and I first met Kyler through his wife, Marissa, who worked as an in-home caregiver for our third child, who has a disability. During Marissa's time caring for our child, Kyler became an important part of my life, and even after Marissa's employment ended, Kyler and I remained close friends.

Through our friendship, it became clear to me that Kyler is one of those once in lifetime type of friends; the kind that you just click with, which I have come to deeply appreciate. He is someone I can talk to about pretty much anything that's on my mind without fear of judgment. He is always willing to lend a hand when I've asked for it, especially in times of need.

About 3 years ago now, when my wife and I had to rush to the hospital for the birth of our fifth, Kyler and Marissa stepped in without hesitation, and then again, about 6 months ago for the birth of our 6th child. They came over to watch our other children, ensured that our older kids got to school, and offered support that was invaluable to us. Since my wife and I have no close family or friends nearby, Kyler and Marissa's kindness and willingness to help during those critical moments meant everything to us.

Kyler's just the kind of guy that consistently demonstrates his dedication to his family and friends and I am grateful to know Kyler and to have him as a friend. His character and contributions have had a positive impact on our lives and on the lives of others in his circle.

Andrew Reddick

November 5, 2024

Your Honor,

I am writing on behalf of my eldest son, Kyler Bard. I have had the privilege of watching Kyler grow from a funny and inquisitive child into a responsible, passionate, and hardworking young man and now a loving and nurturing husband to Marissa and adoring father to his daughter Elliott. I believe my insights into his character will help you better understand who he is, rather than defining him by his actions on January 6th.

As a parent, I have always admired his passion and fun-loving approach to life. From an early age, Kyler demonstrated a genuine curiosity for everything, often annoying everyone with all of his "why" questions. He was speaking in full sentences by age 2 and was drawn to others, consistently showing a level of maturity beyond his years. He enjoyed playing outside with his brother and cousins (the OG's [original 5 grandkids] as they referred to themselves) and developed a love of making what I would now call YouTube shorts and podcasts. Looking back, I wish I would have encouraged this more, but who knew this would turn into an actual career.

Growing up, Kyler was involved in sports, but as he entered middle school and then high school, he developed a love for competitive speech and won many contests and awards. I believe it was his speech preparation and research that contributed to his curiosity and passion in our presidential elections and politics. His involvement in speech continued into his time at Crowder College, where he was also the President of the Collegiate FBLA (Future Business Leaders of America) chapter. In his professional life, Kyler has proven to be diligent and committed. He approaches his career with the same work ethic and passion that he applies to everything else in his life. Kyler is a natural born sales person who loves meeting new people and sharing stories. As I've stated, my son Kyler has always been passionate and one to jump in with both feet, sometimes without thinking. He has made mistakes in the past like all of us, but has never had any issues with the law. In fact, his best friend is a Joplin Missouri Police Officer and Kyler has always respected law officials and the law.

Kyler was raised by his father and myself, two very hard-working, Christian parents who valued the dollar, but who also wanted our children to love Jesus, value friendships and family, respect our country and enjoy life. At age 13, Kyler started working for the family business in the summers, saving money for his first car. At age 16, we matched the amount he had saved and bought his first car. At that time, he got a part-time job and paid for his insurance, gas and cell phone. He has never been handed anything that he didn't earn. With that said, I implore you to consider the debts that Kyler has already paid and the losses he has already incurred due to his regrettable actions on that fateful day in Washington, D.C. First, he was arrested on a Friday of a federal holiday weekend and spent five days in city jail. His picture was plastered all over social media. This circulated our small home-town, also impacting other family members with the same last name. He was fired from a job he loved, with a reputable company that paid well and offered him career advancement opportunities. He was forced to sell his home and land that his wife and him had bought to eventually build a house so that he could hire a lawyer. His newly married relationship has been tested beyond belief. And lastly, but not least, he couldn't find a job and was forced to work for my husband in our family business where he took a substantial pay cut and started at the bottom. I'm sure that

doesn't sound much like suffering, but trust me when I say working for my husband is not a day in the park, especially for his own son!

As his mother, I am imploring you to consider his character and past law-abiding history. He is a good kid and great husband who is struggling like all of middle-America to just provide for his wife and child. If he serves prison time, his wife will be forced to give up their modest 2-bedroom home to move in with her father. Their already strained marriage may not withstand that burden, and it breaks my heart. He is a loving father and the time away from his daughter Elliott is time he will never get back. I beg of you to consider the pain, suffering, time served, and financial losses that he has already paid. He is a Christian and knows he messed up and has done what he can to make sure he never reacts like that again.

Thank you for your time. I know you are a busy man, but I do appreciate any compassion and consideration that you can give my son. He really is a good boy, who got wrapped up in the moment, and made a big mistake. He recognizes it and has done what he can to improve and has already faced so many consequences. I pray you will consider giving him probation with time served and allow him to move on from this regrettable day. I promise you he has learned from his mistakes and will continue to learn and grow into a better person because of them. Kyler strives to be a person of character and integrity and a positive influence on the world. He is active in his church and serves at youth camp where I am confident that he will do what he can to better shape the youth based on his past experiences and mistakes.

Thank you again for your time and thoughtful consideration,


Kali Bard
Mother of Kyler Bard

To whom it may concern:

I am writing this letter to bring forward the true identity of Kyler Bard.

I met Kyler 10 years ago, when I was 16 years old. Kyler and I became good friends. I spent a lot of time with Kyler, and he is very respectable, honest, and up front with his intentions. Kyler is a few years older than me, and I have always looked up to him.

When I met Kyler, I was a member of a cadet program with the Joplin, MO Police Department. I have always wanted to be a police officer and only surrounded myself with friends that would keep me on track to achieve that goal. Kyler was one of my biggest supporters as he himself wanted to be in law enforcement. We talked about it all the time and I introduced him into the cadet program. He joined the program and attended meetings at the police department and assisted with community events. Due to him being older and life in general, he left the program early to focus on being a responsible adult and to maintain the job he currently had at the time, while also attending school to further his education.

He constantly came to me with police questions and talked about wanting to be a police officer. In 2019, I was hired by the Joplin Police Department and have been a patrol officer for the past 5 years, and still am employed as a full-time officer. Kyler has done many ride alongs with me and continued to show interest.

Kyler eventually applied at Joplin Police Department to be a police officer and was in his background phase of the hiring process when his personal life forced him to have to withdraw the process. Kyler was upset and I advised him to keep his head up and when the time is right, he can try again. Kyler continued to ride with me and got to know several officers in the department and is friends with several still to this day.

Kyler is and has always been incredibly supportive of law enforcement. He is upfront about his beliefs and does not hide what he feels or thinks.

Kyler eventually met Marissa, his wife. They dated for several years and built a life together. They got married and shortly after had a beautiful daughter. They moved in together and started to raise their family. Kyler was finally at a spot in his life where he felt that he was able to pursue his dream of being a police officer again. After talks with me and his wife, he decided that he was able to take a pay cut and pursue that dream. He applied for a police officer position and was pulled from the process due to his current situation.

I feel that Kyler is being labeled incorrectly. This incident has ruined his ability to chase his dream and potentially his life.

Kyler is one of the best people I know, and I would trust him with my life. I have two children myself and they know Kyler as their "uncle" as he is my best friend. Kyler has been a big part of my family and always will be.

Kyler in no way shape or form, can have hatred toward police. He is extremely supportive of law enforcement and would step in any situation to help an officer in need.

I hope that you read this and can get a good perspective of who Kyler really is.

Respectfully,

Levi Winstead



**BARD AND BARD, LLC**
16290 Katy Freeway, Suite 200
Houston, Texas 77094
Corp. (281) 994-5416
scochran@chemjet.com

May 21, 2024

**To Whom It May Concern**
C/O: Mr. Joseph S. Passanise Esq.
Attorney at Law
2974 E. Battlefield Road
Springfield, MO  65804

**Via Email:** teresa@deewampler.com

**Re:    Kyler Joesph Bard Reference Letter**

Dear Sir/Madam,

My name is Steven Cochran, and I am the Director of Sales & Marketing for Bard and Bard LLC. In my job as the Director of Sales & Marketing for Bard and Bard I manage the commercial strategy and the sales team.  I personally know and directly manage Kyler Joesph Bard, who has been my direct report since the summer of 2023. Since coming under my direction, Kyler has taken responsibility for our custom fabrication and powder coating customers and has led our proposals department.

Before reporting to me, Kyler was working for Bard and Bard LLC in operations, where he worked long hours painting, power coating, and assembling Bard & Bard components. I was made aware of his previous sales experience and was anxious to interview him and bring him on to the sales team as the first Account Manager in Bard & Bard LLC's history. It was my approval that we hire Kyler as a part of the commercial team as I knew him to be a hard-working person with a unique ability to communicate effectively with people.

I, along with the Bard and Bard LLC management team, brought Kyler onto the sales team knowing his current situation. Kyler is loyal to his family, is one of the hardest working members of the Bard and Bard team, and we have full confidence in his ability to be the point of contact for our customers.

Kyler did not ask me to write a reference letter, but I felt that I should do whatever I could do to support Kyler and his family during this time.  I am genuinely concerned about the well-being and future of Kyler and his young family, and my intention here is to try to make it understood my point of view and that of many people that care and love Kyler, not only as a father, husband, and son, but also as an employee, co-worker, and friend.

**BARD AND BARD, LLC**
16290 Katy Freeway, Suite 200
Houston, Texas 77094
Corp. (281) 994-5416
scochran@chemjet.com

Kyler is so much more than a great account manager. Kyler is a Christian, a husband, a father, a brother, a son, and a leader in his Southwestern Missouri community.  Kyler is the only member of my Sales team that has a recurring role in the local Church's Christmas play, this year he played Joseph.

Kyler continues to make his family, community, and profession his priority despite, what I would imagine, is unbelievable personal stress.   If I could ask the court or anyone who reads this letter for one thing, it would be to take into consideration that Kyler is a good man, an unbelievable father and husband, and a loyal son who strives to do what is right.

I am lucky to have Kyler on my team and I hope that he is not separated from his young daughter, wife, family, friends, and co-workers.  I truly believe that society would be better off with Kyler actively participating as a representative of someone who will learn from his experiences, pick himself up, and act with dignity and respect in the everlasting pursuit to do what is right.

Sincerely,

Steven Cochran

M. C. Yaudas
5380 Gum Road
Joplin, MO 64804

May 21, 2024

To Whom It May Concern:

I am writing on behalf of Kyler Bard of Joplin, Missouri. I've known Kyler since he was in the 7th grade at Seneca Junior High School. He was a student in one of my classes where I was a substitute teacher. I subsequently discovered he lived just about a quarter mile up my street. That was fortuitous because he began to work for me in his early teens bushhogging and mowing my property. That's one of the things I've always admired about him … he is a hard worker.

As time went on, Kyler not only took care of my lawn needs but he also house- and pet-sat for me when I had to go out of town. It was a comfort knowing that I could trust my property and my animals to such a mature young man.

Over the years, I've watched as Kyler bought his first home in his early 20s, and later began a construction business with a high school friend. They oversaw the construction of a war memorial at city hall in Seneca and worked to rehab rundown homes as founding members of the Seneca Betterment Committee. And, once again he came to my rescue when I had storm damage and couldn't find a painter to paint the ceilings in my house.

Kyler is a fine Christian man. A loving husband and father of a precious little girl. And a contributor to the local economy and betterment of his community. I wholeheartedly support him and testify to his good character.

Sincerely,

M. C. Yaudas



4514 Middleton Drive · Joplin, MO 64804

January 20, 2024

To Whom It May Concern,

I am writing in order to give my highest recommendation to a man I know, love, and respect: Kyler Bard. I have known Kyler for five years as we have not only attended church together but volunteered together, shared meals, prayed, and discussed life, work, and family.

Mr. Bard has always impressed me with his generosity - he gives of his time, money, and resources without reservation. He is unselfish in his CHARITY.

His marriage is impeccable - as he was dating and engaged to his soon to be wife, he was a shining EXAMPLE to other young men of what a gentleman should be. Both he and his wife volunteer in leading our youth group and I am proud to entrust my children's religious education to them, even to the present day.

Kyler loves his country and loves the truth. He is not one to sit back and hope that others will solve our country's problems, but he believes in America's freedom and he will nobly stand up for that cause. I would encourage whomever reads this to take with a grain of salt the embellished narrative spun as of late by certain news sources regarding Kyler, as they are sensationalized and not reflective of the man. In fact, his BOLDNESS and selflessness are an inspiration to us all: he is the sort of patriot we should all aspire to become.

I find Mr. Bard to be HONEST to a fault. As a business owner, I find him the sort of professional with whom I would have no reservation trusting as a foreman. His word is his bond, and those who value truth will listen to what he has to say.

Kyler has recently become a father, and as we, his friends and relatives, watch him lead his growing family, he INSPIRES our optimism for the next generation. I pray God's richest blessings upon him and his wife, and hope that he may enjoy all the facets of fatherhood to their fullest for many years to come.

Again I would be happy to be a reference for him and to commend him to whom it may concern. Please feel free to contact me if you have any questions or would like more information.

God Bless,

Daniel Bare
417-439-3844
danieljbare@gmail.com



To Whom It May Concern,

I am writing this letter to bring attention to the outstanding contributions of Kyler Bard within our youth group at Racine Christian Church over the past several years, specifically in his role as a sponsor for the junior high boys.

Kyler has exhibited exceptional dedication and commitment to the growth and well-being of the youth under his mentorship and in himself. His efforts have not only created a positive and nurturing environment but have also significantly impacted the lives of the junior high boys he has worked with.

Kyler's ability to connect with the youth on a personal level and his commitment to fostering meaningful relationships have played a crucial role in the success of our youth group. His leadership has contributed to the sense of community and personal development of those he has mentored.

We believe that Kyler's outstanding service deserves acknowledgment, and we are grateful for the positive influence he has had on the junior high boys in our youth group.

Sincerely,

Evan Hand
Youth Minister

Racine Christian Church

12218 State Hwy K
Neosho, Missouri 64850
www.racinechristian.org

(417) 346-0963
/racine.christian

March 20, 2024

Dear Sir or Madam,

This letter is in regard to the character of Kyler Bard. Kyler was a student in my Macroeconomics class in the Spring of 2016 at Crowder College. He was a very responsible student. He turned in assignments on time, regularly participated in class discussions, was always respectful to me and other students, and performed well on the tests. He had characteristics that I believed would translate into business success. He graduated from Crowder in Business. Kyler worked for Lowes after graduating and was successful in sales.

Kyler later worked for Sparklight Cable in Joplin. We met again when he was sent to our house to help with some problems we were having with our service. He was extremely outgoing and pleasant and was able to remedy the issues we were experiencing.

Kyler is now a family man with a wife and daughter and works in Neosho.

Regards,

Ellen La Near, Instructor
Crowder College
601 Laclede
Neosho, MO 64850

# Photographs



























