**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KYLER J. BARD, )<br>)<br>Defendant, ) | Case No. 1:23-cr-00084 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SELF SURRENDER TO THE FEDERAL BUREAU OF PRISONS**

COMES NOW defendant and requests an extension of time to self-surrender to the Federal Bureau of Prisons until March 1, 2024, in accordance with the Legal Suggestions attached hereto:

**LEGAL SUGGESTIONS**

1. Defendant is ordered to self-surrender on January 15, 2025, to FCI Forrest City – Low, no later than 2:00 pm.

2. On December 21, 2024, Mr. Bard's family residence was involved in a house fire which has left the home of Mr. Bard, his wife, and child unlivable, and this family is now misplaced and staying with family with the majority of all their personal belongings unsalvageable. (Attached Exhibits A & B)

3. Defense Counsel has made US Attorney, Carlos Valdivia aware of this request along with both exhibits a week ago and Mr. Valdivia continues to ask more questions, therefore, Defense Counsel is unaware what the Governments position is at this time but felt it urgent to get this request on file.

4. Defense Counsel is asking to move Mr. Bard's self-surrender date out another forty-five days in hopes this additional time will provide the Defendant and his family more time to litigate with the insurance company and more time to gain ground on the potential rebuild and outcome of Mr. Bards current home and living conditions.

5. This additional time will also allow Mr. Bard to assist his wife and child in securing a more permanent home life and replace the many personal items destroyed by the fire that are required to live day to day.

WHEREFORE, defendant moves for an Order of this court extending the time the Defendant is required to self-surrender to the Federal Bureau of Prisons from January 15, 2025, to March 1, 2025, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

_____/s/Joseph S. Passanise_____
JOSEPH S. PASSANISE, MO Bar #46119
Attorney for Defendant

WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

I hereby certify that on the 30th day of December 2024, I electronically filed the foregoing with the U.S. District Court Clerk for the Eastern District of Missouri using the CM/ECF system which sent notification of such filing to U.S. Attorney, St. Louis, Missouri.

                                        _____/s/Joseph S. Passanise__
                                        Joseph S. Passanise
                                        Attorney at Law