### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-cr-00084 |
| ) | |
| KYLER J. BARD, ) | |
| ) | |
| Defendant, ) | |

### MOTION FOR RETURN OF DEFENDANT'S PASSPORT

COMES NOW Defendant, Kyler J. Bard, by and through Counsel Joseph S. Passanise of WAMPLER & PASSANISE and pursuant to Rule 41(g) of the United States Rules of Criminal Procedure moves the Court to issue an Order for the return of Defendant Kyler Bard's passport to defense counsel Joseph S. Passanise. In support of this motion for Continuance, the Defendant states as follows:

### LEGAL SUGGESTIONS

1. The defendant was sentenced on November 15, 2024.
2. At the time Defendant was arrested his passport was surrendered as a condition of his bond.
3. Senior Probation Officer, Damon Mitchell has maintained possession of Bard's passport and will not return without a court order.

WHEREFORE, Defense Counsel prays for an Order herein to return defendant, Kyler Bard's passport and for such other and further relief as the court deems just and proper.

                                                    Respectfully Submitted

                                                    _____/s/Joseph Passanise_____
                                                    JOSEPH S. PASSANISE, MO Bar #46119
                                                    Attorney for Defendant

WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

I hereby certify that on 3rd day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the U.S. Attorney, Washington, DC.

     /s/Joseph S. Passanise_____
Joseph S. Passanise
Attorneys at Law