UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLER JOSEPH BARD,<br><br>Defendant. | Case No. 23-CR-84 (APM) |

UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE
PURUSANT TO FEDERAL RULE OF CRIMINAL PROCEUDRE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal. The undersigned has contacted Bard's counsel, Joseph Passanise, Esq., who has indicated that he does not oppose this motion.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/s/_____
Daniel J. Lenerz, DC Bar #888283905
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Daniel.Lenerz@usdoj.gov