UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KYLER JOSEPH BARD,

    Defendant.

Case No. 23-CR-84 (APM)

REPSPONSE TO MINUTE ORDER

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's September 15, 2025, minute order requiring the parties to file a joint status report regarding the D.C. Circuit's opinion in *United States v. Thorpe*, No. 23-3027, 2025 WL 2446004 (D.C. Cir. Aug. 26, 2025). The parties have conferred and agree that the government's motion to dismiss the indictment (ECF 67) should be denied. The government respectfully requests that the Court give it 60 days to respond to defendant Kyler Bard's motion for postconviction relief (ECF 65). The government has contacted defendant Kyler Bard's counsel, Joseph S. Passanise, Esq., who has indicated that he has no opposition to this request.

1

2

                    Respectfully submitted,

                    JEANINE FERRIS PIRRO
                    United States Attorney

                    _____/s/_____
                    Daniel J. Lenerz, DC Bar #888283905
                    Assistant United States Attorney
                    601 D Street, NW, Room 6.232
                    Washington, D.C. 20530
                    Daniel.Lenerz@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been filed electronically with the Court and served via CM/ECF and email on counsel for the defendant, Joseph S. Passanise, Esq., Joe@deewampler.com, on this 19th day of September, 2025.

                    ___/s/ Daniel J. Lenerz_____
                    DANIEL J. LENERZ
                    Assistant United States Attorney