IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:23-cr-00084 |
| | ) |
| KYLER J. BARD, | ) |
| | ) |
| Defendant, | ) |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO GOVERNMENTS' OPPOSITION TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF**

COMES NOW defendant and requests an extension of time to file a response to Government's Opposition to Defendant's Motion for Post Conviction Relief until December 12, 2025, in accordance with the Legal Suggestions attached hereto:

**LEGAL SUGGESTIONS**

1. That counsel requests an extension of time until December 12, 2025, to adequately respond to the government's Motion in Opposition to Defendant's Motion for Post Conviction Relief.

2. Defense Counsel has spoken with Assistant U.S. Attorney Christopher Macomber, and he does not object to this request for extension.

WHEREFORE, defendant prays for an Order of this court extending the time to file a response to the government's Motion in Opposition of Defendant's Motion for Post Conviction Relief until December 12, 2025, and for such other and further relief as the Court deems just and proper.

1

                                                      Respectfully Submitted,

                                                                          _____/s/Joseph S.  Passanise_____
                                                      JOSEPH S. PASSANISE, MO Bar #46119
                                                      THOMAS D. CARVER, MO Bar #23319
                                                      JAMES R. HAYES, MO Bar #61213
                                                    Attorneys for Defendant

WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO  65804
joe@deewampler.com
tom@deewampler.com
james@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

      I hereby certify that on 4th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the U.S. Attorney, Washington, DC.

                                                        _____/s/Joseph S. Passanise_____
                                                      Joseph S. Passanise
                                                      Thomas D. Carver
                                                      James R. Hayes
                                                      Attorney at Law